United States District Court
Southern District of Texas
**ENTERED**
September 25, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT LYNN PRUETT,<br>　　　　　Plaintiff, | § § § | |
| v. | § | H-17-CV-2418 |
| | § | |
| JACK K. CHOATE, et al.,<br>　　　　　Defendants. | § § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order issued this day, this case is dismissed with prejudice.

**SIGNED** at Corpus Christi, Texas, on this 25 day of September 2017.

Nelva Gonzales Ramos
United States District Judge